# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>          Defendant. | 2:18-CV-00863-APG-VCF<br>**ORDER** |

Before the court is Plaintiff's First Motion for Leave to File an Amended Complaint and Add Parties (ECF NO. 15).

Defendant Las Vegas Metropolitan Police Department has filed a non-opposition. (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's First Motion for Leave to File an Amended Complaint and Add Parties (ECF NO. 15) is GRANTED. Plaintiff must file the amended complaint on or before March 1, 2019.

DATED this 22nd day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE