# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　Defendant. | 2:18-CV-00863-APG-VCF<br><br>**ORDER** |

Before the court is *Larry Angel Manriquez v. Las Vegas Metropolitan Police Department*, case number 2:18-cv-00863-APG-VCF.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, April 24, 2019, in Courtroom 3D.

The Clerk of Court is directed to mail and e-mail a copy of this Order to Adam M. Solinger, Esq. (adam@702defense.com), Las Vegas Defense Group, 2300 W. Sahara Ave., Ste 450, Las Vegas, Nevada 89102.

DATED this 10th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE