# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>      Defendants. | 2:18-cv-00863-APG-VCF<br><br>**<u>ORDER</u>** |

Before the court is the Stipulation and Order to Stay Proceedings Until Plaintiff Approves of an Attorney Substitution (ECF No. 28).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulation and Order to Stay Proceedings Until Plaintiff Approves of an Attorney Substitution (ECF No. 28) is scheduled for 11:30 AM, May 20, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that Larry Angel Manriquez must attend the hearing in person.

The Clerk of Court is directed to mail and email a copy of this order to Bret O. Whipple, Esq.

DATED this 14th day of May, 2019.

                                                                                       _____
                                                                                       CAM FERENBACH
                                                                                       UNITED STATES MAGISTRATE JUDGE