BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LARRY ANGEL MANRIQUEZ, )
)
Plaintiff, )   CASE NO.: 2:18-cv-00863-APG-VCF
)
vs. )
)   **SUBSTITUTION OF ATTORNEYS**
LAS VEGAS METROPOLITAN, )
POLICE DEPARTMENT, ET AL., )
)
Defendants. )

Plaintiff LARRY ANGEL MANRIQUEZ hereby substitutes BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, 1100 South Tenth Street, Las Vegas, Nevada 89104, Telephone number 702-731-0000, as attorney of record in place and stead of ALEXIS A. PLUNKETT.

DATED this 24 day of May, 2019.

_____
LARRY ANGEL MANRIQUEZ

I consent to the above substitution.

DATED this 23 day of May, 2019.

_____
ALEXIS A. PLUNKETT

////

////

- 1 -

I am duly admitted to practice in this District.
I am retained in the above-referenced case.
Above substitution accepted.

DATED this 24 day of May, 2019.

_____
BRET O. WHIPPLE, ESQ.

**APPROVED:**

DATED this 31st day of May, 2019.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
*Majistrate*

Submitted by:

**JUSTICE LAW CENTER**

_____
BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
1100 South 10th Street
Las Vegas, NV 89104
*Attorney for Plaintiff*

It is FURTHER ORDERED that the status hearing currently scheduled for June 11, 2019 is VACATED.

-2-