# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ, | Case No.: 2:18-cv-00863-APG-VCF |
| Plaintiff | **Order Setting Deadline for Response to Motion to Dismiss** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

IT IS ORDERED that plaintiff Larry Manriquez shall file a response to defendants Las Vegas Metropolitan Police Department and Joseph Lombardo's motion to dismiss (ECF No. 22) by July 11, 2019, or the motion will be considered unopposed.

DATED this 1st day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE