**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, Sheriff of LVMPD, in his official capacity; CORRECTIONS OFFICER PABLO TORRES, individually and in his official capacity; CORRECTIONS OFFICER MAX FRASER, individually and in his official capacity; SERGEANT DANIEL HOLM, individually and in his official capacity; SERGEANT JACOB WILLIAMS, individually and in his official capacity; LIEUTENANT GLAUDE, individually and in his official capacity; DOE CORRECTIONS OFFICERS I-X, individually, and in their official capacities; DOES I-X, inclusive and ROES I-X, inclusive,<br><br>Defendants. | 2:18-cv-00863-APG-VCF<br>**ORDER** |

Before the court is the proposed Stipulation and Order to Extend Discovery Deadlines and Case Scheduling Deadlines (ECF NO. 61).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the proposed Stipulation and Order to Extend Discovery Deadlines and Case Scheduling Deadlines (ECF NO. 61) is scheduled for 1:00 PM, January 15, 2020, in Courtroom 3D.

DATED this 26th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE