**Justice Law Center**
Bret O. Whipple, Esq.
Nevada Bar No. 6168
1100 South Tenth Street
Las Vegas, Nevada 89104
Telephone: (702) 731-0000
admin@justice-law-center.com
*Attorney for Larry Angel Manriquez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, Sheriff of LVMPD, in his official capacity; CORRECTIONS OFFICER PABLO TORRES, individually and in his official capacity; CORRECTIONS OFFICER MAX FRASER, individually and in his official capacity; SERGEANT DANIEL HOLM, individually and in his official capacity; SERGEANT JACOB WILLIAMS, individually and in his official capacity; LIEUTENANT GLAUDE, individually and in his official capacity; DOE CORRECTIONS OFFICERS I-X, individually, and in their official capacities; DOES I-X, inclusive and ROES I-X, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-00863-APG-VCF<br><br><br>**<u>STIPULATION AND ORDER TO CONTINUE STATUS CHECK HEARING</u>**<br><br>**(First Request)** |

Plaintiff Larry Angel Manriquez ("Plaintiff"), by and through his counsel of record, the law firm of Justice Law Center; and Defendant Las Vegas Metropolitan Police Department, by and through its counsel of record, the law firm of Marquis Aurbach Coffing, respectfully submit the following Stipulation and Order to Continue the Status Check Hearing Date currently set for January 15, 2020 (First Request). This Stipulation constitutes the parties' first request for such extension and is being entered in good faith and not for purposes of delay.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This brief extension is requested because Plaintiff's counsel will be in Reno, Nevada on January 15, 2020. If the Court prefers a Wednesday hearing date, the parties respectfully suggest January 29, 2020.

**IT IS SO STIPULATED.**

Dated this 10th day of January, 2020.                    Dated this 10th day of January, 2020.

MARQUIS AURBACH COFFING                    JUSTICE LAW CENTER

  /s/ Tye Hanseen                                                  /s/ Bret Whipple
By: Tye Hanseen, Esq.                                        By: Bret O. Whipple, Esq.
    Nevada Bar No. 10365                                       Nevada Bar No. 6168
    10001 Park Run Drive                                        1100 South Tenth Street
    Las Vegas, Nevada 89145                                  Las Vegas, Nevada 89104
    *Attorney for Defendants*                                   *Attorney for Larry Angel Manriquez*

## **ORDER**

**IT IS SO ORDERED THAT THE STATUS CHECK HEARING IS CONTINUED TO THE 24th DAY OF January, 2020 AT 10:30 A.M.**

DATED this 13th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

- 4 –