# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00863-APG-VCF<br><br>**Order Dismissing Lieutenant Glaude From This Case** |

On June 20, 2019, the clerk of court filed a notice of intent to dismiss defendants Pablo Torres, Max Fraser, Daniel Holm, Jacob Williams, and Lieutenant Glaude due to lack of proof of service. ECF No. 37. Plaintiff Larry Manriquez provided proof of service regarding all of these defendants except Glaude. To this day, no proof of service has been provided for Glaude.

I THEREFORE ORDER that defendant Lieutenant Glaude is dismissed from this action without prejudice.

DATED this 4th day of February, 2020.

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE