# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

LARRY ANGEL MANRIQUEZ,

      Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.*,

      Defendants.

2:18-cv-00863-APG-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint (ECF NO. 73).

No opposition has been filed and the time to file an opposition has passed.  Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, it would seem as though Defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 73) is GRANTED.

Plaintiff must file the First Amended Complaint on or before April 12, 2021.

DATED this 5th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE