# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ, individually, | |
| Plaintiff(s), | 2:18-cv-00863-APG-VCF |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CORRECTIONS OFFICER PABLO TORRES, individually and in his official capacity; CORRECTIONS OFFICER MAX FRASER, individually and in his official capacity; DOE CORRECTIONS OFFICERS I-X, individually, and in their official capacities; DOES I-X, inclusive and ROES I-X, inclusive, | |
| Defendant(s). | |

Before me is the Notice of Settlement. (ECF No. 85).

Accordingly,

I ORDER that the parties must file a proposed stipulation and order for dismissal on or before March 18, 2022.

DATED this 17th day of December 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE