UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY ANGEL MANRIQUEZ,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00863-APG-VCF<br><br>**Order Denying Motions for Summary Judgment as Moot**<br><br>[ECF Nos. 74, 82] |

In light of the parties' notice of settlement (ECF No. 85),

I ORDER that the defendants' motions for summary judgment **(ECF Nos. 74, 82) are DENIED as moot**.

DATED this 20th day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE